# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
                               *
SHINNECOCK INDIAN NATION,      *
                               *
             Plaintiff,        *     No. 12-836L
                               *
      v.                       *     (Filed:  June 12, 2015)
                               *
THE UNITED STATES OF AMERICA,  *
                               *
             Defendant.        *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

In accordance with the judgment of the United States Court of Appeals for the Federal Circuit in <u>Shinnecock Indian Nation v. United States</u>, 782 F.3d 1345 (Fed. Cir. 2015) and for the reasons stated in part III.A. of this court's April 29, 2013 opinion (112 Fed. Cl. 369, 378-379 (2013) (affirmed by 782 F.3d at 1348-50)), plaintiff's complaint is **DISMISSED** without prejudice.  The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Judge, U.S. Court of Federal Claims